UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JEFFREY SHOREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11-cv-00414-JAW |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on July 13, 2012 his Recommended Decision (ECF No. 15). The Plaintiff filed his objections to the Recommended Decision on July 30, 2012 (ECF No. 16) and the Defendant filed his response to those objections on August 13, 2012 (ECF No. 17). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Commissioner's decision be and hereby is <u>AFFIRMED</u>.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 14th day of August, 2012

**Plaintiff**

| | | |
|---|---|---|
| **FREDERICK H MURRAY, JR** | represented by | **ANDREW J. BERNSTEIN** <br> LAW OFFICE OF JOSEPH BORNSTEIN <br> 5 MOULTON STREET <br> PO BOX 4686 <br> PORTLAND, ME 04112 <br> 207-772-4624 <br> Email: abernstein@joebornstein.com <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **SOCIAL SECURITY ADMINISTRATION COMMISSIONER** | represented by | **MATTHEW J. DEL MASTRO** <br> SOCIAL SECURITY ADMINISTRATION <br> OFFICE OF GENERAL COUNSEL, REGION I <br> 625 J.F.K. FEDERAL BUILDING <br> BOSTON, MA 02203 <br> 617-565-4277 <br> Email: matthew.del.mastro@ssa.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **VEENA REDDY** <br> SOCIAL SECURITY |

3

        ADMINISTRATION
OFFICE OF GENERAL
COUNSEL, REGION I
625 J.F.K. FEDERAL BUILDING
BOSTON, MA 02203
617-565-4283
Email: veena.reddy@ssa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**SOCIAL SECURITY ADMINISTRATION**